UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LESLIE A. CHILDRESS,

    Plaintiff,

v.                                                 CASE NO. 8:16-cv-753-T-23TGW

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## **ORDER**

On June 1, 2017, Magistrate Judge Thomas G. Wilson issued a report (Doc. 19) that recommends affirming the Commissioner's decision. More than fourteen days has passed, and no party objects. The report and recommendation (Doc. 19) is **ADOPTED**. Under sentence four of 42 U.S.C. § 405(g), the Commissioner's decision is **AFFIRMED**. The Clerk is directed to (1) enter judgment in favor of the Commissioner and against the plaintiff, (2) terminate any pending motion, and (3) close the case.

ORDERED in Tampa, Florida, on June 23, 2017.

                                                      STEVEN D. MERRYDAY
                                                      UNITED STATES DISTRICT JUDGE